### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| **DERRICK SAUNDERS**<br>    **Plaintiff,** | ) **JURY TRIAL DEMANDED**<br>)<br>) |
| **v.** | ) **Case No.**<br>) |
| **JEFFERSON CAPITAL SYSTEMS, LLC**<br>    **Defendant.** | )<br>)<br>)<br>)<br>) |

---

## COMPLAINT

---

### I.    INTRODUCTION

1.    This is an action for actual and statutory damages brought by Plaintiff, Derrick Saunders, an individual consumer, against Defendant, Jefferson Capital Systems, LLC (hereinafter "Defendant"), for violations of the Fair Debt Collection Practices Act, 15 U.S.C §1692 *et seq.* (hereinafter "FDCPA"), which prohibits debt collectors from engaging in abusive, deceptive, and unfair practices.

### II.    JURISDICTION AND VENUE

2.    Jurisdiction of this court arises under 15 U.S.C. § 1692k(d) and 28 U.S.C. 1331. Venue in this District is proper in that the Defendant transacts business

1

in Bradenton, Florida and the conduct complained of occurred in Bradenton, Florida

### III.    PARTIES

3.    Derrick Saunders (hereinafter "Plaintiff") is a natural person residing in Bradenton, Florida. Plaintiff is a consumer as defined by the Fair Debt Collection Practices Act, 15 U.S.C. §1692a(3).

4.    Plaintiff is alleged to owe a "debt" as defined by the FDCPA, §15 U.S.C 1692a(5) and the alleged debt at issue arose from a transaction entered into primarily for personal use.

5.    Upon information and belief, Defendant is a Minnesota corporation.

6.    Defendant is engaged in the collection of debt from consumers using the mail and telephone. Defendant regularly attempts to collect consumer debts alleged to be due to another.

### IV. FACTS OF THE COMPLAINT

7.    Defendant is a "debt collector" as defined by the FDCPA, §15 U.S.C 1692a(6).

8.    On or about January 15, 2026, Defendant texted the Plaintiff, attempting to collect on an alleged debt owed to Fortiva Credit Card.

9.    On or about January 21, 2026, Plaintiff replied to Defendant's text stating, "Mr. Jefferson, you will never get a dime from me."

2

10. On or about January 23, 2026, Defendant texted Plaintiff, communicating about the alleged debt, which was a violation of 15 U.S.C. 1692c(c).

11. Additionally, Defendant emailed Plaintiff on February 27, 2026, communicating and attempting to collect on the alleged debt.

12. Defendant's actions were to coerce Plaintiff into paying the alleged debt.

13. Plaintiff has suffered actual damages as a result of these illegal collection communications by Defendant in the form of invasion of privacy, intrusion upon seclusion, anger, anxiety, decreased productivity at work, frustration, and other negative emotions.

## V. FIRST CLAIM FOR RELIEF
### (Defendant)
### 15 U.S.C 1692c(c)

14. Plaintiff re-alleges and reincorporates all previous paragraphs as fully set out herein.

15. Defendant violated the FDCPA.

16. Defendant's violations include, but are not limited to, the following:

   a) Defendant violated 15 U.S.C. § 1692c(c) of the FDCPA by communicating with the consumer after the consumer notified Defendant in writing that Plaintiff refuses to pay the alleged debt.

17. As a result of the violation, Defendant is liable to Plaintiff for actual damages, statutory damages, attorney fees, and costs.

## VI.    JURY DEMAND AND PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully demands a jury trial and requests that

judgment be entered in favor of Plaintiff and against Defendant for:

A. Judgment for the violations occurred for violating the FDCPA;

B. Actual damages pursuant to 15 U.S.C 1692k(a)(1);

C. Statutory damages pursuant to 15 U.S.C 1692k(a)(2);

D. Costs and reasonable attorney's fees pursuant to 15 U.S.C 1692k(a)(3);

E. For such other and further relief as the Court may deem just and proper.

Respectfully submitted:

/s/ Cortney Walters, Esq.
CORTNEY WALTERS, Esq
**The Law Office of Cortney E. Walters, PLLC**
2719 Hollywood Blvd., A-1969
Hollywood, FL 33020
Florida Bar no. 125159
Pleadings@cewlawoffice.com
(954) 874-8022
Lead Attorney

4